UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| STEVEN Z. RAST | : | DOCKET NO. 21-cv-0547 |
| | | SECTION P |
| VERSUS | : | JUDGE TERRY A. DOUGHTY |
| S. MA'AT | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 24], having been considered, along with the Objection [Doc. No. 52], filed by Plaintiff on May 12, 2021, and finding that same is supported by the law and record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Certify Class [Doc. No. 1], and Motion to Add Plaintiffs to Case [Doc. No. 6], is **DENIED**.

**MONROE, LOUISIANA** this 7th day of July 2021.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE